**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL REEVES,<br><br>               Plaintiff,<br><br>      -against-<br><br>FEDERAL BUREAU OF<br>INVESTIGATION,<br><br>               Defendant. | **26 Civ. 1485 (DEH) (GS)**<br><br><u>**ORDER OF SERVICE**</u> |

**GARY STEIN, United States Magistrate Judge**:

Plaintiff Michael Reeves brings this action *pro se* raising claims under the Freedom of Information Act, seeking declaratory and injunctive relief against the Federal Bureau of Investigation ("FBI").

By order dated February 25, 2026, the Hon. Dale E. Ho granted Plaintiff's request to proceed *in forma pauperis* ("IFP").  The Court hereby directs service on the FBI.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on assistance from the Court and the United States Marshals Service ("USMS") to effect service.[1]  *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all

---

[1]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that a summons be issued. The Court therefore extends the time to serve the FBI until 90 days after the date that a summons for the FBI issues.

process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (requiring the court to order USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on the FBI through the USMS, the Clerk of Court is instructed to fill out a USMS Receipt and Return form ("USM-285 form") for the FBI.  The Clerk of Court is further instructed to issue a summons for the FBI and deliver to the USMS all the paperwork necessary for the USMS to effect service on the FBI.

If the complaint is not served on the FBI within 90 days after the date a summons for the FBI is issued, Plaintiff should request an extension of time for service.  *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

## CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.  The Court also directs service on the FBI.

The Court further directs the Clerk of Court to: (1) issue a summons for the FBI; (2) complete a USM-285 form with the service address for the FBI; (3) mark the box labeled "Check for service on U.S.A." on the USM-285 form; and (4) deliver to the USMS all documents necessary to effect service of a summons and the complaint on the FBI, the Attorney General of the United States, and on the Civil

Division of the Office of the United States Attorney for the Southern District of New York.

SO ORDERED.

Dated:  June 26, 2026
        New York, New York

GARY STEIN
United States Magistrate Judge

3

**SERVICE ADDRESSES**

1. Federal Bureau of Investigation
   935 Pennsylvania Avenue, NW
   Washington, D.C. 20535-0001

2. Attorney General of the United States
   United States Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530-0001

3. Office of the United States Attorney
   Southern District of New York
   Civil Division
   86 Chambers Street, Third Floor
   New York, New York 10007